# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
DANIEL STEVEN LASAGE  

Debtor

Case No. 18-31804  
Chapter 13  
Judge A. Benjamin Goldgar

## WINDMILL CREEK UNITS 2 & 3 HOMEOWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED NOVEMBER 12, 2018

Now comes a certain Creditor, WINDMILL CREEK UNITS 2 & 3 HOMEOWNERS ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed November 12, 2018 states as follows:

1. Windmill Creek Units 2 & 3 Homeowners Association (hereinafter referred to as "Windmill Creek"), is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On December 21, 2018, Windmill Creek filed its proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 74 Rotterdam Drive, Antioch, Illinois 60002. (Exhibit "A").

3. That pursuant to Windmill Creek's governing documents, which have been recorded with the Recorder of Deeds of Lake County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Windmill Creek.

4. At the time Debtor filed the chapter 13 petition on November 12, 2018, Debtor owed the amount of $689.00 for past due assessments, late fees, fines and attorney fees to Windmill Creek. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for Windmill Creek's secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Windmill Creek's lien rights in Debtor's real estate and the proof of claim filed on December 21, 2018, Windmill Creek, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $689.00.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to Windmill Creek, confirmation of Debtor's November 12, 2018 plan should be denied.

WHEREFORE, Windmill Creek prays this court for entry of the attached order denying confirmation of the Debtor's plan filed November 12, 2018, and for any such other and further relief as this court deems just and equitable within the premises.

WINDMILL CREEK UNIT 2 & 3
HOMEOWNERS ASSOCIATION

By: _____
     Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446